# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Michael Tyrone Blackburn,

       Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                    3:06-cv-291-1-MU

State of North Carolina, et al.,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 23, 2006 Order.

### Signed: July 24, 2006


*Frank G. John~*

Frank G. Johns, Clerk
United States District Court

Dockets.Justia.com