# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Tyrone Blackburn,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                   3:06-cv-291-1-MU

State of North Carolina, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 23, 2006 Order.

**Signed: July 24, 2006**

Frank G. Johns, Clerk
United States District Court